UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60139-EA

**Gensel Alberto Cruz Mendez,**

    Petitioner,

v.

**Pamela Bondi,** *U.S. Attorney General.*
**Kristi Noem,** *U.S. Secretary of Homeland Security,*
**Todd Lyons,** *Acting Director U.S. Immigration and Customs Enforcement,*
**Juan Agudelo,** *Acting Miami Field Office Director,*
**David Hardin,** *Sheriff and Warden of Glades County Detention Center,*

    Respondents.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO DISMISS

This cause comes before the Court on the petitioner's motion to dismiss because the case is now moot since the petitioner has accepted voluntary departure from the immigration court to his home country [ECF No. 11].

Therefore, it is **ORDERED AND ADJUDGED**:

1. The motion [ECF No. 11] is **GRANTED**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 17th day of February 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Andres F Amon**
The Law Office of Jan P. Weiss
1926 10th Ave North, Suite 400
Lake Worth, FL 33461
561-582-6401
Email: andresamonesq@gmail.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Chantel Doakes Shelton**
DOJ-USAO
99 NE 4th Street
Ste 300
Miami, FL 33132
305-961-9353
Email: chantel.doakes@usdoj.gov